# Affidavit of Craig Hueffner

STATE OF NEVADA
COUNTY OF WASHOE

Case # 3:16-CV-00283-RCJ-VPC

The undersigned, CRAIG HUEFFNER, being duly sworn, hereby deposes and says:

1. I am over the age of 18 and am a resident of the State of Wisconsin. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto.

2. I suffer no legal disabilities and have personal knowledge of the facts set forth below.

3. I motion for dismissal for summary judgment. I did not manufacture or knowingly sell counterfeit Lokai bracelets. I was video taped and recorded without knowledge in a private convention center for a private event. The private investigator that was video taping me is on probation as stated verbally on the tapes sent to me from Lokai.

I declare that, to the best of my knowledge and belief, the information herein is true, correct, and complete.

Executed this 13 day of February, 2017.

Craig Hueffner

414 349 0518

### NOTARY ACKNOWLEDGEMENT

STATE OF NEVADA, COUNTY OF WASHOE, ss:

This Affidavit was acknowledged before me on this ____ day of _____, ____ by Craig Hueffner, who, being first duly sworn on oath according to law, deposes and says that he/she has read the foregoing Affidavit subscribed by him/her, and that the matters stated herein are true to the best of his/her information, knowledge and belief.

Notary Public

Title (and Rank)

My commission expires _____

| | |
|---|---|
| 1 | Ann Morgan (SBN 933) |
| | Shannon S. Pierce (SBN 12471) |
| 2 | FENNEMORE CRAIG, P.C. |
| | 300 East Second Street - Suite 1510 |
| 3 | Reno, Nevada 89501 |
| | Telephone: (775) 788-2200 |
| 4 | Facsimile: (775) 786-1177 |
| | Email: spierce@fclaw.com |
| 5 | |
| | SCARINCI & HOLLENBECK, LLC |
| 6 | Ronald S. Bienstock (Pro Hac Vice) |
| | Brent M. Davis (Pro Hac Vice) |
| 7 | 1100 Valley Brook Ave. |
| | P.O. Box 790 |
| 8 | Lyndhurst, NJ 07071 |
| | Telephone: (201) 896-4100 |
| 9 | Email: Bdavis@musicesq.com |
| 10 | Attorneys for Plaintiff |
| | LOKAI HOLDINGS, LLC |

*for this case* [handwritten]

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOKAI HOLDINGS, LLC, a Delaware Corporation, | CASE NO: 3:16-CV-00283-RCJ-VPC |
| Plaintiff, | PLAINTIFF LOKAI HOLDINGS, LLC'S MOTION FOR SUMMARY JUDGMENT ON COUNTS I, II, III AND VI OF THE COMPLAINT |
| vs. | |
| ABSOLUTE MARKETING, CRAIG HUEFFNER and DOES 1-10, | |
| Defendant. | ORAL ARGUMENT REQUESTED |

Page 1

