# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOKAI HOLDINGS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> ABSOLUTE MARKETING, *et al.,* <br><br> Defendants. | Case No.: 3:16-CV-00283-RCJ-VPC <br><br> **ORDER SETTING HEARING** |

On April 13, 2017, the Court granted plaintiff's motion for summary judgment (ECF No. 39). Plaintiff is entitled to $14,000 in statutory damages and an amount in attorney's fees to be determined against Defendants, jointly and severally. Plaintiff's affidavit of attorney's fees and supporting documents were due on April 27, 2017. Plaintiff has failed to comply with Court Order (ECF No. 39). Accordingly,

IT IS HEREBY ORDERED that a STATUS CONFERENCE is set for 10:00A.M., Monday, April 16, 2018, in RENO COURTROOM 3, before Judge Robert C. Jones.

IT IS SO ORDERED this 19th day of March, 2018.

_____
ROBERT C. JONES
District Judge