Ann Morgan (SBN 933)
Shannon S. Pierce (SBN 12471)
FENNEMORE CRAIG, P.C.
300 East Second Street - Suite 1510
Reno, Nevada 89501
Telephone: (775) 788-2200
Facsimile: (775) 786-1177
Email: spierce@fclaw.com

SCARINCI & HOLLENBECK, LLC
Ronald S. Bienstock (Pro Hac Vice)
Brent M. Davis (Pro Hac Vice)
1100 Valley Brook Ave.
P.O. Box 790
Lyndhurst, NJ 07071
Telephone: (201) 896-4100
Email: Bdavis@musicesq.com

Attorneys for Plaintiff
LOKAI HOLDINGS, LLC

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LOKAI HOLDINGS, LLC, a Delaware Corporation, | CASE NO: 3:16-CV-00283-RCJ-VPC |
| Plaintiff, vs. | **STATUS REPORT AND REQUEST FOR DISMISSAL OF ACTION** |
| ABSOLUTE MARKETING, CRAIG HUEFFNER and DOES 1-10, Defendant. | |

  Plaintiff Lokai Holdings, LLC ("Plaintiff") hereby provides a status update in response to ECF No. 40.  On April 13, 2017, the Court granted Plaintiff's motion for summary judgment and set a deadline by which Plaintiff must submit any request for attorneys' fees.  Plaintiff has elected not to pursue recovery of attorneys' fees and costs in this matter and therefore requests that the Court enter an order dismissing this action. If such an order is entered, Plaintiff further requests that the Court vacate the status conference currently set for April 16, 2018.

| | | |
|---|---|---|
| 1 | DATED: March 21, 2018 | FENNEMORE CRAIG, P.C. |

By: /s/ Shannon S. Pierce
Ann Morgan (SBN 933)
Shannon Pierce (SBN 12471)
300 East Second Street - Suite 1510
Reno, Nevada 89501
Tel: (775) 788-2200
Fax: (775) 786-1177
Email: spierce@fclaw.com


SCARINCI & HOLLENBECK, LLC
Ronald S. Bienstock (pro hac vice)
Brent M. Davis (pro hac vice)
1100 Valley Brook Ave.
P.O. Box 790
Lyndhurst, NJ 07071
Telephone: (201) 896-4100
Email: Bdavis@musicesq.com

*Attorneys for Plaintiff Lokai Holdings, LLC*

# **CERTIFICATE OF SERVICE**

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the attached STATUS REPORT AND REQUEST FOR DISMISSAL OF ACTION on the parties set forth below by:

__XX__   Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices

_____   Certified Mail, Return Receipt Requested

_____   Via Facsimile (Fax)

_____   Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

_____   Federal Express (or other overnight delivery)

_____   E-service effected by CM/ECF

addressed as follows:
Craig Hueffner
Absolute Marketing
725 Sydney Drive
Racine, WI  53402

DATED this 21st day of March, 2018.

/s/  Debbie Sorensen
An employee of FENNEMORE CRAIG, P.C.

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
RENO

- 3 -