# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOKAI HOLDINGS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> ABSOLUTE MARKETING, *et al.,* <br><br> Defendants. | Case No.:  3:16-CV-00283-RCJ-VPC <br><br> **ORDER VACATING STATUS CONFERENCE AND DISMISSING ACTION** |

On April 13, 2017, the Court granted plaintiff's motion for summary judgment (ECF No. 39). Plaintiff is entitled to $14,000 in statutory damages and an amount in attorney's fees to be determined against Defendants, jointly and severally.  Plaintiff's affidavit of attorney's fees and supporting documents were due on April 27, 2017.  Plaintiff has failed to comply with Court Order (ECF No. 39).

On March 21, 2018 plaintiff filed a Status Report and Request for Dismissal of Action (ECF Nos. 41 and 43). Accordingly,

IT IS HEREBY ORDERED that the STATUS CONFERENCE currently set for 10:00A.M., Monday, April 16, 2018, in RENO COURTROOM 3, before Judge Robert C. Jones is VACATED.

IT IS FURTHER ORDERED that this case is DISMISSED.  The Clerk of the Court shall close the case.

IT IS SO ORDERED this 23rd day of March, 2018.

_____
ROBERT C. JONES
District Judge